IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCED DATA ACCESS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:11-cv-615 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| ANALOG DEVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF RELATED CASES

Plaintiff ("ADA") hereby notifies the Court and all parties of record of the following related cases: ADVANCED DATA ACCESS LLC v. NANYA TECHNOLOGY CORPORATION et al., Civil Action No. No. 6:11-cv-00473-LED, which was filed by ADA on September 9, 2011 and is currently pending in the United States District Court, Tyler Division, Eastern District of Texas; and ADVANCED DATA ACCESS LLC v. FUJITSU LIMITED, et al., Civil Action No. 6:11-cv- 00614, which was filed by ADA on November 14, 2011 and is current pending in the United States District Court, Tyler Division, Eastern District of Texas.

**Dated:  November 14, 2011.**

Respectfully submitted,

/s/  David A. Skeels
State Bar No. 24041925
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
skeels@fsclaw.com
jts@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of November, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ David A. Skeels